**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Benjamin Bode<br>Katie Ann Bode<br>    **Debtor(s)** | **Chapter** 13<br><br>**Case No.** 23-11121-PMM<br><br>**Matter:** Pre-Confirmation Certification |

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH
## POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 USC §1325(a)(6), 1325(a)(8) & (a)(9)

I, Paul D. Murphy-Ahles, Esquire, Attorney for Debtor(s), upon oath or affirmation, hereby certify as follows:

1. The information below is being supplied for compliance with the Confirmation Hearing date on **August 10, 2023**. If the Confirmation Hearing date is adjourned for any reason, and any information herein changes, an updated Certification of Compliance will be provided to the Standing Chapter 13 Trustee.

2. Debtor(s) will be able to make all payments under the Plan and to comply with the Plan.

3. All post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 USC §1325(a)(8).

4. All applicable Federal, State, and Local tax returns, as required by 11 USC §1308, have been filed.

5. Debtor(s) were duly questioned about the statements in this Certification of Compliance and supplied answers consistent with this Certification.

Under penalty of perjury, I hereby certify that the foregoing statements made by me are true and correct.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: June 21, 2023              /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*