**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Benjamin Bode<br>Katie Ann Bode<br>**Debtor(s)** | **Chapter** 13<br><br>**Case No.** 23-11121-PMM<br><br>**Matter:** Motion to Pay |

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor, Michael Benjamin Bode, receives income from:

Kinsey's Archery Products
Attn: Payroll Department
1660 Steel Way Drive
Mount Joy, PA 17552

Should deduct from said Debtor 1's income the sum of **$102.92** from each Bi-**weekly** paycheck, or such other sums as Debtor may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor, and to remit the deductible sums to:

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
PO Box 680
Memphis, TN 38101

IT IS FURTHER ORDERED that the entity from whom Debtor receives income shall notify the Standing Chapter 13 Trustee if Debtor's income is terminated and the reason, therefore.  IT IS FURTHER ORDERED that all remaining income of Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor in accordance with usual payment procedure.  IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Standing Chapter 13 Trustee to ensure proper accounting of the funds.

Date: **August 7, 2023**

*Patricia M. Mayer*
Patricia M. Mayer, Bankruptcy Judge