| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-11121-PMM

Michael Benjamin Bode
Katie Ann Bode
69 East College Avenue
Elizabethtown  PA    17022

Petition Filed Date: 04/18/2023
341 Hearing Date: 06/20/2023
Confirmation Date:

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/2023 | $69.24 | 84702 | 07/05/2023 | $276.96 | 84723 | 08/01/2023 | $184.62 | 84859 |

**Total Receipts for the Period: $530.82   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $530.82**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $500.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $13,779.10 | $0.00 | $0.00 |
| 3 | US DEPARTMENT OF EDUCATION<br>»» 003 | Unsecured Creditors | $17,956.47 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $5,304.94 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $2,731.63 | $0.00 | $0.00 |
| 6 | WELL SPAN<br>»» 006 | Unsecured Creditors | $1,182.18 | $0.00 | $0.00 |
| 7 | MEMBERS 1ST FCU<br>»» 007 | Secured Creditors | $310.61 | $0.00 | $0.00 |
| 8 | MEMBERS 1ST FCU<br>»» 008 | Unsecured Creditors | $7,920.17 | $0.00 | $0.00 |
| 9 | MEMBERS 1ST FCU<br>»» 009 | Secured Creditors | $783.88 | $0.00 | $0.00 |
| 10 | M&T BANK<br>»» 010 | Unsecured Creditors | $2,239.59 | $0.00 | $0.00 |
| 11 | CROSSCOUNTRY MORTGAGE, LLC<br>»» 011 | Secured Creditors | $1,430.61 | $0.00 | $0.00 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $359.72 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $21,516.20 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11121-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $530.82 | Current Monthly Payment: | $223.00 |
| Paid to Claims: | $0.00 | Arrearages: | $38.38 |
| Paid to Trustee: | $47.78 | Total Plan Base: | $7,928.20 |
| Funds on Hand: | $483.04 | | |

## NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.