UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael Benjamin Bode<br>    Katie Ann Bode<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.23-11121-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 28th day of August, 2023, by first class mail upon those listed below:

Michael Benjamin Bode
Katie Ann Bode
69 East College Avenue
Elizabethtown, PA  17022

**Electronically via CM/ECF System Only:**

PAUL D. MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee