**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Benjmain Bode<br>Katie Ann Bode<br>**Debtor 2**<br><br>CrossCountry Mortgage, LLC<br>**Movant(s)**<br>v.<br>Micheal Benjamin Bode<br>Katie Ann Bode<br>**Respondent(s)**<br>Scott F. Waterman, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 23-11121-PMM<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 35 |

**DEBTOR(S)' RESPONSE TO MOVANT(S)' MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Michael Benjamin Bode and Katie Ann Bode, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Response to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Upon information and belief, the averments as stated in Paragraph 3 are admitted.

4. Admitted.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Admitted.  By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

7. Denied.  Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in Paragraph 7; therefore, they are denied.

8. Upon information and belief, the averment as stated in Paragraph 8 is admitted.  By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

9. Paragraph 9 contains a conclusion of law to which no response is required.

10. Denied.  Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 10; therefore, it is denied.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                        Respectfully submitted,
                                        **DETHLEFS PYKOSH & MURPHY**

Date: November 2, 2023                            /s/ Paul D. Murphy-Ahles

                                        Paul D. Murphy-Ahles, Esquire
                                        PA ID No. 201207
                                        2132 Market Street
                                        Camp Hill, PA 17011
                                        (717) 975-9446
                                        pmurphy@dplglaw.com
                                        *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Michael Benjmain Bode<br>Katie Ann Bode<br>    **Debtor 2** | **Chapter** 13<br><br>**Case No.** 23-11121-PMM |
| CrossCountry Mortgage, LLC<br>    **Movant(s)**<br>          v.<br>Micheal Benjamin Bode<br>Katie Ann Bode<br>    **Respondent(s)**<br>Scott F. Waterman, Esquire<br>Standing Chapter 13 Trustee<br>    **Additional Respondent** | **Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 35 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, November 2, 2023, I served a true and correct copy of the **Debtor(s)' Response to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Michael Farrington, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for Movant(s)*

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 Saint Lawrence Avenue
PO Box 4010
Reading, PA 19606

Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire