# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Katie Ann Bode | CHAPTER 13 |
| Michael Benjamin Bode | |
| Debtor(s) | |
| | |
| CrossCountry Mortgage, LLC | |
| Movant | NO. 23-11121 PMM |
| vs. | |
| | |
| Katie Ann Bode | |
| Michael Benjamin Bode | |
| Debtor(s) | 11 U.S.C. Section 362 |
| | |
| Scott F. Waterman | |
| Trustee | |

### ORDER

AND NOW, this 8th day of December 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge