**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael Benjamin Bode<br>         Katie  Ann Bode<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-11121 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ **Mark A. Cronin**
                                Mark Cronin
                                25 Jan 2024, 11:26:46, EST

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322