United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11121-pmm |
| Michael Benjamin Bode | Chapter 13 |
| Katie Ann Bode | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 08, 2024 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Benjamin Bode, Katie Ann Bode, 69 East College Avenue, Elizabethtown, PA 17022-2408 |
| 14849650 | + | CrossCountry Mortgage LLC, c/o ROGER FAY, Albertelli Law, 14000 Commerce Parkway, Suite H Mount Laurel, NJ 08054-2242 |
| 14849609 | + | CrossCountry Mortgage, LLC, c/o Roger Fay, Esquire, ALBERTELLI LAW, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14776831 | + | Crosscountry Mortgage, LLC, c/o Mark A. Cronin, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14789015 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14774684 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd #104, Moosic, PA 18507-2161 |
| 14774686 | + | WellSpan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14774677 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 00:36:36 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14774676 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2024 00:26:01 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14779080 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2024 00:25:47 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14792403 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 00:26:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14776426 | ^ | MEBN | Feb 09 2024 00:08:34 | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14774680 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 09 2024 00:08:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14790862 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 09 2024 00:08:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14774679 | | Email/Text: mrdiscen@discover.com | Feb 09 2024 00:08:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14777604 | | Email/Text: mrdiscen@discover.com | Feb 09 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14774678 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 00:26:20 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14782504 | + | Email/Text: RASEBN@raslg.com | Feb 09 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14784437 | + | Email/Text: Unger@Members1st.org | Feb 09 2024 00:08:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| | | | | 17001-8893 |
| 14774681 | + | Email/Text: Unger@Members1st.org | Feb 09 2024 00:08:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14774682 | + | Email/Text: Unger@Members1st.org | Feb 09 2024 00:08:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14774683 | | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2024 00:08:00 | Nelnet, 121 South 13th Street, PO Box 82561, Lincoln, NE 68501-2561 |
| 14774981 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14793679 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 00:08:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14778936 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 09 2024 00:08:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14774685 | ^ | MEBN | Feb 09 2024 00:08:27 | Velocity Investments, LLC, 1800 Route 34 North, Building 3, Suite 305, Belmar, NJ 07719-9146 |
| 14774687 | + | Email/Text: bkfilings@zwickerpc.com | Feb 09 2024 00:09:00 | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14849205 | *+ | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

**Name** — **Email Address**

DENISE ELIZABETH CARLON
 on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
 on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC mfarrington@kmllawgroup.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: 155 | Total Noticed: 27 |

PAUL DONALD MURPHY-AHLES
    on behalf of Joint Debtor Katie Ann Bode pmurphy@dplglaw.com  kgreene@dplglaw.com

PAUL DONALD MURPHY-AHLES
    on behalf of Debtor Michael Benjamin Bode pmurphy@dplglaw.com  kgreene@dplglaw.com

ROGER FAY
    on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Benjamin Bode and Katie Ann Bode

    Debtor(s)

Chapter: 13

Bankruptcy No: 23−11121−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this February 8, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                   Patricia M. Mayer
                                                 Judge, United States Bankruptcy Court

51
Form 155