United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Benjamin Bode  
Katie Ann Bode  
    Debtors

Case No. 23-11121-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Feb 29, 2024     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14790862 | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 01 2024 00:37:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CROSSCOUNTRY MORTGAGE LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor CROSSCOUNTRY MORTGAGE LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CROSSCOUNTRY MORTGAGE LLC mfarrington@kmllawgroup.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Joint Debtor Katie Ann Bode pmurphy@dplglaw.com kgreene@dplglaw.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Debtor Michael Benjamin Bode pmurphy@dplglaw.com kgreene@dplglaw.com |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage rfay@alaw.net bkecf@milsteadlaw.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Feb 29, 2024     Form ID: trc     Total Noticed: 1

ROGER FAY
    on behalf of Creditor CROSSCOUNTRY MORTGAGE LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 23-11121-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael Benjamin Bode<br>69 East College Avenue<br>Elizabethtown PA 17022 | Katie Ann Bode<br>69 East College Avenue<br>Elizabethtown PA 17022 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/28/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 | CrossCountry Mortgage<br>PO Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/02/24

Tim McGrath
**CLERK OF THE COURT**