United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11121-pmm |
| Michael Benjamin Bode | Chapter 13 |
| Katie Ann Bode | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Benjamin Bode, Katie Ann Bode, 69 East College Avenue, Elizabethtown, PA 17022-2408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024              Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:**

**Name**                         **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC mfarrington@kmllawgroup.com

PAUL DONALD MURPHY-AHLES
    on behalf of Debtor Michael Benjamin Bode pmurphy@dplglaw.com  kgreene@dplglaw.com

PAUL DONALD MURPHY-AHLES
    on behalf of Joint Debtor Katie Ann Bode pmurphy@dplglaw.com  kgreene@dplglaw.com

ROGER FAY
    on behalf of Creditor CrossCountry Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

ROGER FAY
    on behalf of Creditor CrossCountry Mortgage  LLC rfay@alaw.net, bkecf@milsteadlaw.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ROGER FAY
    on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Katie Ann Bode<br>Michael Benjamin Bode<br>　　　　　　Debtor(s) | Chapter 13 |
| CrossCountry Mortgage, LLC<br>　　　　　　Movant<br>　　v. | NO. 23-11121 PMM |
| Katie Ann Bode<br>Michael Benjamin Bode<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>　　　　　　Trustee | |

**ORDER**

AND NOW, this 5th day of June, 2024 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 8, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 69 East College Avenue, Elizabethtown, PA 17022 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge.