| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11121-PMM**

Michael Benjamin Bode  
Katie Ann Bode  
69 East College Avenue  
Elizabethtown  PA    17022

Petition Filed Date: 04/18/2023  
341 Hearing Date: 06/20/2023  
Confirmation Date: 02/08/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $184.62 | 84859 | 08/22/2023 | $411.68 | 84867 | 09/20/2023 | $390.46 | 84957 |
| 10/11/2023 | $411.68 | 84969 | 12/04/2023 | $802.14 | 85065 | 12/12/2023 | $205.84 | 85069 |
| 02/02/2024 | $617.52 | 85191 | 03/19/2024 | $640.66 | 85244 | 04/01/2024 | $205.84 | KINSEYS 8524 |
| 04/23/2024 | $205.84 | 85256 | 05/22/2024 | $205.84 | KINSEYS 8526 | 05/22/2024 | $205.84 | KINSEYS 8527 |
| 05/30/2024 | $205.84 | 85288 | 06/17/2024 | $205.84 | Kinsey's 85294 | 07/22/2024 | $617.52 | 85301 |

**Total Receipts for the Period:  $5,517.16    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,863.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | PAUL D. MURPHY-AHLES | Attorney Fees | $4,169.00 | $4,169.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Creditors | $500.00 | $500.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $13,779.10 | $0.00 | $13,779.10 |
| 3 | US DEPARTMENT OF EDUCATION<br>»» 003 | Unsecured Creditors | $17,956.47 | $0.00 | $17,956.47 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $5,304.94 | $0.00 | $5,304.94 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $2,731.63 | $0.00 | $2,731.63 |
| 6 | WELL SPAN<br>»» 006 | Unsecured Creditors | $1,182.18 | $0.00 | $1,182.18 |
| 7 | MEMBERS 1ST FCU<br>»» 007 | Secured Creditors | $310.61 | $76.43 | $234.18 |
| 8 | MEMBERS 1ST FCU<br>»» 008 | Unsecured Creditors | $7,920.17 | $0.00 | $7,920.17 |
| 9 | MEMBERS 1ST FCU<br>»» 009 | Secured Creditors | $783.88 | $192.90 | $590.98 |
| 10 | M&T BANK<br>»» 010 | Unsecured Creditors | $2,239.59 | $0.00 | $2,239.59 |
| 11 | CROSSCOUNTRY MORTGAGE, LLC<br>»» 011 | Mortgage Arrears | $1,430.61 | $352.05 | $1,078.56 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $359.72 | $0.00 | $359.72 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $21,516.20 | $0.00 | $21,516.20 |
| 14 | CAPITAL ONE BANK USA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11121-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,863.36 | Current Monthly Payment: | $223.00 |
| Paid to Claims: | $5,290.38 | Arrearages: | ($1,326.74) |
| Paid to Trustee: | $572.98 | Total Plan Base: | $8,996.62 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.