**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael Benjamin Bode<br>Katie Ann Bode<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 23-11121-PMM<br><br>**Matter:** Notice of Termination of Wage Attachment Order |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, April 17, 2025, I served a true and correct copy of the **Notice of Termination of Wage Attachment Order** in this proceeding upon the following:

<u>Via USPS First Class Mail</u>
Kinsey's Archery Products
Attn: Payroll Department
1660 Steel Way Drive
Mount Joy, PA 17552a


/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire