Certificate Number: 12433-PAE-DE-039605124

Bankruptcy Case Number: 23-11121



12433-PAE-DE-039605124

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2025, at 8:55 o'clock PM EDT, Michael B. Bode completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 29, 2025          By:   /s/Lisa Susoev

                                Name:   Lisa Susoev

                                Title:   Teacher