Certificate Number: 12433-PAE-DE-039605125

Bankruptcy Case Number: 23-11121



12433-PAE-DE-039605125

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2025, at 8:55 o'clock PM EDT, Katie Ann Bode completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 29, 2025

By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher