United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Benjamin Bode  
Katie Ann Bode  
    Debtors

Case No. 23-11121-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 29, 2025      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Benjamin Bode, Katie Ann Bode, 69 East College Avenue, Elizabethtown, PA 17022-2408 |
| 14849650 | + | CrossCountry Mortgage LLC, c/o ROGER FAY, Albertelli Law, 14000 Commerce Parkway, Suite H Mount Laurel, NJ 08054-2242 |
| 14849609 | + | CrossCountry Mortgage, LLC, c/o Roger Fay, Esquire, ALBERTELLI LAW, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14776831 | + | Crosscountry Mortgage, LLC, c/o Mark A. Cronin, 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14789015 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14989453 | + | Members 1st Federal Credit Union, C/O Bret Patrick Shaffer, Esquire, Schiffman, Sheridan & Brown, P.C., 2080 Linglestown Road, Suite 201, Harrisburg, PA 17110-9670 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 30 2025 01:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 30 2025 01:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14774677 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2025 02:04:31 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14774676 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 01:52:57 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14779080 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 01:52:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14774678 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2025 01:52:55 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14792403 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2025 01:53:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14859536 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2025 01:40:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14776426 | ^ | MEBN | Apr 30 2025 01:38:22 | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14790862 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 30 2025 01:40:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14774680 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 30 2025 01:40:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14774679 | | Email/Text: mrdiscen@discover.com | Apr 30 2025 01:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |

Case 23-11121-pmm    Doc 73    Filed 05/01/25    Entered 05/02/25 00:36:52    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14777604 | | Email/Text: mrdiscen@discover.com | Apr 30 2025 01:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14782504 | + | Email/Text: RASEBN@raslg.com | Apr 30 2025 01:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14784437 | + | Email/Text: Unger@Members1st.org | Apr 30 2025 01:41:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14774681 | + | Email/Text: Unger@Members1st.org | Apr 30 2025 01:41:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14774682 | + | Email/Text: Unger@Members1st.org | Apr 30 2025 01:41:00 | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14774683 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 30 2025 01:41:00 | Nelnet, 121 South 13th Street, PO Box 82561, Lincoln, NE 68501-2561 |
| 14774981 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14793679 | | Email/Text: bnc-quantum@quantum3group.com | Apr 30 2025 01:41:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14774684 | ^ | MEBN | Apr 30 2025 01:38:39 | Ratchford Law Group, PC, 54 Glenmaura National Blvd #104, Moosic, PA 18507-2161 |
| 14778936 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 30 2025 01:41:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14774685 | | Email/Text: dispute@velocityrecoveries.com | Apr 30 2025 01:41:00 | Velocity Investments, LLC, 1800 Route 34 North, Building 3, Suite 305, Belmar, NJ 07719 |
| 14774686 | + | Email/Text: bankruptcynotification@wellspan.org | Apr 30 2025 01:41:00 | WellSpan Health, PO Box 15119, York, PA 17405-7119 |
| 14774687 | + | Email/Text: bkfilings@zwickerpc.com | Apr 30 2025 01:41:00 | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14849205 | *+ | CrossCountry Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14989197 | * | Members 1st Federal Credit Union, 5000 Marketplace Way, Enola PA 17025-2431 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2025        Signature:    /s/Gustava Winters

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Apr 29, 2025 Form ID: 138OBJ Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRET PATRICK SHAFFER | on behalf of Members 1st Federal Credit Union bshaffer@ssbc-law.com  kshirk@ssbc-law.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Joint Debtor Katie Ann Bode pmurphy@dplglaw.com  kgreene@dplglaw.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Debtor Michael Benjamin Bode pmurphy@dplglaw.com  kgreene@dplglaw.com |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 72 − 62

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Michael Benjamin Bode | ) | Case No. 23−11121−pmm |
| | ) | |
| | ) | |
|    Katie Ann Bode | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 29, 2025

For The Court

Timothy B. McGrath
Clerk of Court