United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11121-pmm |
| Michael Benjamin Bode | Chapter 13 |
| Katie Ann Bode | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 31, 2025 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Benjamin Bode, Katie Ann Bode, 69 East College Avenue, Elizabethtown, PA 17022-2408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRET PATRICK SHAFFER | on behalf of Members 1st Federal Credit Union bshaffer@ssbc-law.com  kshirk@ssbc-law.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Debtor Michael Benjamin Bode pmurphy@dplglaw.com  kgreene@dplglaw.com |
| PAUL DONALD MURPHY-AHLES | on behalf of Joint Debtor Katie Ann Bode pmurphy@dplglaw.com  kgreene@dplglaw.com |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor CrossCountry Mortgage  LLC rfay@alaw.net, bkecf@milsteadlaw.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 31, 2025 | Form ID: 195 | Total Noticed: 1

ROGER FAY
    on behalf of Creditor CROSSCOUNTRY MORTGAGE LLC rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Michael Benjamin Bode and Katie Ann Bode            : Case No. 23−11121−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , July 30, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195